APRIL 28, 1977

No. 76–6475. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60. 

MAY 2, 1977

No. 76–815. APPAWORA v. BROUGH. Appeal from Sup. Ct. Utah dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rosebud Sioux Tribe* v. *Kneip,* 430 U. S. 584 (1977). 

No. 76–1279. SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT v. DEPARTMENT OF PROPERTY VALUATION OF ARIZONA. Appeal from Sup. Ct. Ariz. dismissed for want of substantial federal question. 

No. 76–6067. DOVE v. NEW YORK ET AL. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction.

No. A–445. WHITEHEAD v. UNITED STATES. C. A. 5th Cir. Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.